**STATE of Missouri, Respondent,**

v.

**Craig MICKLEWRIGHT, Appellant.**

**No. WD 38811.**

Missouri Court of Appeals,
Western District.

June 16, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 4, 1987.

Application to Transfer Denied
Sept. 15, 1987.

L.R. Magee, of Hines & Magee, Kansas City, for appellant.

William L. Webster, Atty. Gen., Terry C. Allen, Deputy Atty. Gen., Jefferson City, for respondent.

Before GAITAN, P.J., and
SHANGLER and MANFORD, JJ.

**50**

## ORDER

PER CURIAM:

Direct appeal from a jury conviction for stealing, in violation of § 570.030.3, RSMo Supp.1984.

Judgment affirmed.   Rule 30.25(b).